# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  13-cv-02106-WJM-MJW                FTR - Courtroom A-502

**Date:**  March 13, 2014                                Courtroom Deputy, Ellen E. Miller

*Parties*                                                *Counsel*

JERALD A. BOVINO,                                        Ronnie Fischer
                                                         Ralph M. (Rick) Martin

    Plaintiff(s),

v.

INCASE DESIGNS CORP.,                                    Marcel F. DeArmas
                                                         Brian E. Mitchell

    Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   TELEPHONIC MOTION HEARING
**Court in Session:**   2:32 p.m.
Court calls case.  Appearances of counsel.

The Court raises Defendant's Motion to Stay with Expedited Briefing Schedule for argument.

Argument by Mr. DeArmas on behalf of defendant.
Response argument by Mr. Rischer on behalf of plaintiff.
Rebuttal argument by Mr. DeArmas.

Findings by the Court.

**It is ORDERED:**   DEFENDANT'S MOTION TO STAY WITH EXPEDITED BRIEFING SCHEDULE [Docket No. **46**, filed February 21, 2014] is **DENIED** for reasons as set forth on the record.


Hearing concluded.

**Court in recess:**   2:50 p.m.
Total In-Court Time 00:18

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.